772 A.2d 930

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT v. ROBERT L. JONES, DEFENDANT–PETITIONER.

March 20, 2001.

ORDERED that the petition for certification is granted, limited to the issues arising out of defendant's claim of racial profiling; and it is further

ORDERED that as to these issues, the judgment of the Appellate Division is vacated and the matter is summarily remanded to Superior Court Judge Walter R. Barisonek of Union County for consideration in the light of *State v. Ballard,* 331 *N.J.Super.* 529, 752 *A.*2d 735 (App.Div.2000).

Jurisdiction is not retained.